1  William E. Bonham, SBN: 55478
   Attorney At Law
2  Hotel de France Bldg. Old Sacramento
   916 2nd Street, 2nd Floor, Suite A
3  Sacramento, CA 95814
   Telephone: (916) 557-1113
4  Facsimile: (916) 557-1118
   E-mail: billbonham@mylaw.comcastbiz.net

6  Attorney for defendant
   JACOB COOK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JACOB COOK,<br><br>        Defendant. | No. 2:15-CR-00204 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: April 27, 2017<br>Time: 9:30 am<br>Judge: Hon. Troy L. Nunley |

Defendant, JACOB COOK, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Thursday, April 27, 2017 at 9:30 am be vacated and reset as a change of plea for Thursday, May 4, 2017 at 9:30 am.

A continuance is necessary to allow defense counsel additional time to investigate and evaluate the case, and to confer with the government and his client about a proposed plea agreement recently provided by the government.

The parties stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from

1

April 27, 2017, up to and including May 4, 2017, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant JACOB COOK should be reset as a change of plea for Thursday, May 4, 2017 at 9:30 am.

Dated: April 26, 2017

PHILLIP A. TALBERT
United States Attorney

/s/Matthew Morris
MATTHEW MORRIS
Assistant U.S. Attorney

Dated: April 26, 2017

/s/ William E. Bonham
WILLIAM BONHAM
Counsel for defendant
JACOB COOK

1 **ORDER**

2 The status conference currently set for Thursday, April 27, 2017 at 9:30 am is vacated and reset for change of plea for Thursday, May 4, 2017, at 9:30 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from April 27, 2017, up to and including the date of the new status conference, May 4, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated: April 26, 2017

Troy L. Nunley
United States District Judge