McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB COOK,<br><br>Defendant. | CASE NO. 2:15-CR-204-TLN<br><br>STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING; FINDINGS AND ORDER<br><br>DATE: July 30, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Disposition Hearing on July 30, 2020.

2. By this stipulation, defendant now moves to continue the Disposition Hearing to August 6, 2020, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to investigate issues related to the disposition of the defendant's supervised release violation and to draft and file the defendant's sentencing memorandum in this matter.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

      c)    The government and United States Probation Officer Karen Lucero do not object to the continuance.

IT IS SO STIPULATED.

Dated: July 27, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ TANYA B. SYED
TANYA B. SYED
Assistant United States Attorney

Dated: July 27, 2020

/s/ WILLIAM E. BONHAM
WILLIAM E. BONHAM
Counsel for Defendant
JACOB COOK

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 28th day of July, 2020.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING CONTINUANCE OF
DISPOSITION HEARING

2