McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB COOK,<br><br>Defendant. | CASE NO. 2:15-CR-204-TLN<br><br>STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING; FINDINGS AND ORDER<br><br>DATE: August 6, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Disposition Hearing on August 6, 2020.

2. By this stipulation, defendant now moves to continue the Disposition Hearing to August 20, 2020, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to investigate issues related to the disposition of the defendant's supervised release violation and to draft and file the defendant's sentencing memorandum in this matter.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

        c)      The government and United States Probation Officer Karen Lucero do not object to the continuance.

IT IS SO STIPULATED.

Dated:  August 4, 2020	McGREGOR W. SCOTT
	United States Attorney


	/s/ TANYA B. SYED
	TANYA B. SYED
	Assistant United States Attorney


Dated:  August 4, 2020	/s/ WILLIAM E. BONHAM
	WILLIAM E. BONHAM
	Counsel for Defendant
	JACOB COOK

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of August, 2020.

	Troy L. Nunley
	United States District Judge