William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Jacob Cook

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>JACOB COOK,<br><br>                    Defendant. | CASE NO.  2:15-CR-00204 TLN<br><br>**AMENDED** STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: March 3, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Defendant Jacob Cook, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on March 3, 2022.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until March 17, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for the defendant needs additional time to investigate the circumstances of the new violation as well as discuss and negotiate a potential disposition in this matter with the plaintiff attorney and the assigned Probation Officer and to consult with an in-custody client.

Defense counsel has had health issues with covid and bronchitis, needing additional two weeks.

      b)      The government does not object to the continuance. USPO has been notified and agrees with the continuance date.

      c)      The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: March 1, 2022

/s/ William E. Bonham
WILLIAM E. BONHAM
Counsel for Defendant
JACOB COOK

Dated: March 1, 2022

PHILLIP A, TALBERT
Acting United States Attorney

/s/ Matthew Thuesen
MATTHEW THUESEN
Assistant United States Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 1st day of March, 2022.

.

Troy L. Nunley
United States District Judge