William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Jacob W. Cook

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>JACOB W. COOK,<br><br>                  Defendant. | CASE NO. 2:15-CR-00204 TLN<br><br>STIPULATION REGARDING CONTINUANCE OF FINAL DISPOSITIONAL HEARING; ORDER<br><br>DATE: May 19, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Defendant Jacob Cook, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Final Dispositional Hearing on May 19, 2022.

2. By this stipulation, the defendant now moves to continue Final Dispositional Hearing on June 16, 2022, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the defendant needs additional time to prepare Defense Dispositional Memorandum and to consult with his in-custody client.

    b) The government does not object to the continuance. USPO has been notified

of the continuance.

        c)      The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: May 13, 2022  /s/ William E. Bonham
WILLIAM E. BONHAM
Counsel for Defendant
JACOB W. COOK

Dated: May 13, 2022  PHILLIP A, TALBERT
Acting United States Attorney

/s/ Matthew Thuesen
MATTHEW THUESEN
Assistant United States Attorney

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of May 2022.

.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING CONTINUANCE OF
ADMIT/DENY HEARING

2