William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Jacob Cook

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACOB COOK, <br><br> Defendant. | CASE NO. 2:15-CR-00204 TLN <br><br> STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER <br><br> DATE: June 16, 2022 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

Defendant Jacob Cook, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Dispositional Hearing on June 16, 2022.

2. By this stipulation, the defendant now moves to continue the Dispositional Hearing until July 14, 2022, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for the defendant needs additional time to prepare Defense Dispositional Memorandum and to consult with in custody client.

   b) The government does not object to the continuance. USPO has been notified.

c)      The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  June 14, 2022             /s/ William E. Bonham
                                  WILLIAM E. BONHAM
                                  Counsel for Defendant
                                  JACOB COOK

Dated:  June 14, 2022             PHILLIP A, TALBERT
                                  Acting United States Attorney

                                  /s/ Matthew Thuesen
                                  MATTHEW THUESEN
                                  Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of June 2022.

Troy L. Nunley
United States District Judge