William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Jacob Cook

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00204 TLN |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER |
| v. | DATE: October 27, 2022 |
| JACOB COOK, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

## STIPULATION

Defendant Jacob Cook, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a Dispositional Hearing on October 27, 2022.

2.  By this stipulation, the defendant now moves to continue the Dispositional Hearing until November 10, 2022 at 9:30 a.m.

3.  The parties agree and stipulate, and request that the Court find the following:

   a)   Counsel for the defendant needs additional time to prepare Defense Dispositional Memorandum and to consult with in custody client who suffered from being severely beaten, by his cellmate, on August 14, and knock out and unconscious for over an hour, suffering serious injuries

requiring immediate hospitalization.  His injuries included severe facial and rib and spinal fractures and lacerations to his face and head and scalp requiring stitches and staples. He was discharged and returned to the jail 2nd floor med unit yesterday and wearing a back brace and receiving eye treatment and neurological monitoring, He was attacked by a member of the Sacra Manic, a prison gang, without any provocation. Counsel has been further delayed in obtaining the investigation and/or incident reports from Sacramento County jail and needs additional time to obtain the reports.

  b)  The government does not object to the continuance. USPO has been notified.

  c)  The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.


IT IS SO STIPULATED.

Dated:  October 26, 2022                    /s/ William E. Bonham
                                            WILLIAM E. BONHAM
                                            Counsel for Defendant
                                            JACOB COOK


Dated:  October 26, 2022                    PHILLIP A, TALBERT
                                            Acting United States Attorney


                                            /s/ Matthew Thuesen
                                            MATTHEW THUESEN
                                            Assistant United States Attorney


**FINDINGS AND ORDER**


IT IS SO FOUND AND ORDERED this 26th day of October, 2022.


                                            Troy L. Nunley
                                            United States District Judge