William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
Jacob Cook

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00204 TLN |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER |
| v. | DATE: November 10, 2022 |
| JACOB COOK, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

## STIPULATION

Defendant Jacob Cook, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a Dispositional Hearing on November 10, 2022.

2.      By this stipulation, the defendant now moves to continue the Dispositional Hearing until November 17, 2022, at 9:30 a.m.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for the defendant needs additional time to prepare Defense Dispositional Memorandum and to consult with in custody client who suffered from being severely beaten, by

his cellmate, on August 14, and knock out and unconscious for over an hour, suffering serious injuries requiring immediate hospitalization.  His injuries included severe facial and rib and spinal fractures and lacerations to his face and head and scalp requiring stitches and staples. He was discharged and returned to the jail 2nd floor med unit receiving treatment and neurological monitoring, He was attacked by a member of the Sacra Manic, a prison gang, without any provocation. Counsel has been further delayed in obtaining the investigation and/or incident reports from Sacramento County jail and needs additional time to prepare Defense Dispositional Memorandum.

b)      The government does not object to the continuance. USPO has been notified.

c)      The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.


IT IS SO STIPULATED.

Dated:  November 8, 2022                           /s/ William E. Bonham
                                                  WILLIAM E. BONHAM
                                                  Counsel for Defendant
                                                  JACOB COOK


Dated:  November 8, 2022                           PHILLIP A, TALBERT
                                                  Acting United States Attorney


                                                   /s/ Matthew Thuesen
                                                  MATTHEW THUESEN
                                                  Assistant United States Attorney


## FINDINGS AND ORDER


IT IS SO FOUND AND ORDERED this 8th day of November, 2022.


.

                                                  Troy L. Nunley
                                                  United States District Judge