1  William E. Bonham, SBN: 55478
   Attorney at Law
2  Hotel de France Bldg. Old Sacramento
   916 2nd Street, 2nd Floor, Suite A
3  Sacramento, CA 95814

4  Telephone: (916) 557-1113
   Facsimile: (916) 557-1118
5  E-mail: billbonham@mylaw.comcastbiz.net

6

7  Attorney for defendant
   Jacob Cook

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

12

13 | UNITED STATES OF AMERICA,        | CASE NO.  2:15-CR-00204 TLN
14 |                  Plaintiff,       | STIPULATION REGARDING CONTINUANCE OF
                                       | DISPOSITIONAL HEARING; ORDER
15 |            v.                     |
                                       | DATE: November 17, 2022
16 | JACOB COOK,                       | TIME: 9:30 a.m.
                                       | COURT: Hon. Troy L. Nunley
17 |                  Defendant.       |

18

19                              **STIPULATION**

20      Defendant Jacob Cook, by and through his counsel of record, and plaintiff United States of

21 America, by and through its counsel of record, hereby stipulate as follows:

22      1.      By previous order, this matter was set for a Dispositional Hearing on November 17,

23 2022.

24      2.      By this stipulation, the defendant now moves to continue the Dispositional Hearing until

25 **December 1, 2022, at 9:30 a.m.**

26      3.      The parties agree and stipulate, and request that the Court find the following:

27              a)      Counsel for the defendant needs additional time to prepare Defense Dispositional

28 Memorandum and to consult with in custody client who suffered from being severely beaten, by

---

STIPULATION REGARDING CONTINUANCE OF                    1
DISPOSITIONAL HEARING

his cellmate, on August 14, and knock out and unconscious for over an hour, suffering serious injuries requiring immediate hospitalization.  His injuries included severe facial and rib and spinal fractures and lacerations to his face and head and scalp requiring stitches and staples. He was discharged and returned to the jail 2nd floor med unit receiving medical treatment and neurological monitoring, He was attacked by a member of the Sacra Manic, a prison gang, without any provocation. Counsel has been further delayed in obtaining the investigation and/or incident reports from Sacramento County jail and needs additional time to prepare Defense Dispositional Memorandum.

  b) The government does not object to the continuance. USPO has been notified.

  c) The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  November 15, 2022     /s/ William E. Bonham
                WILLIAM E. BONHAM
                Counsel for Defendant
                JACOB COOK

Dated:  November 15, 2022     PHILLIP A, TALBERT
                Acting United States Attorney

                /s/ Matthew Thuesen
                MATTHEW THUESEN
                Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of November, 2022.

.

                Troy L. Nunley
                United States District Judge