UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACOB COOK,<br><br>　　　　　Defendant. | No. 2:15-cr-00204-TLN<br><br>**ORDER** |

This matter is before the Court on Defendant Jacob Cook's ("Defendant") Motion for Modification of the Terms and Findings for Disposition and Sentence. (ECF No. 282.) For the reasons set forth below, the Court DENIES Defendant's motion.

On December 15, 2022, the Court held a final revocation hearing, found Defendant violated the terms and conditions of supervised release, revoked Defendant's supervised release, and sentenced Defendant to an 18-month term of imprisonment with no term of supervised release to follow. (ECF No. 280.) Defendant filed the instant motion on December 18, 2022. (ECF No. 282.) Defendant requests the Court specify that Defendant's term of imprisonment began on September 7, 2021 — the date of his arrest by the Yolo County Sheriff's Department. (*Id.* at 1–2.) Defendant contends that this renders his 18-month sentence to be almost time served. (*Id.* at 6.) Defendant requests any remaining time left on his sentence be served on home detention. (*Id.*)

1

1    Defendant's motion repeats the same arguments raised in Defendant's previous
2 memorandum (ECF No. 279) and at the hearing, which the Court already considered. Defendant
3 has not persuaded the Court that Defendant's 18-month sentence was improper, or that any
4 portion of that sentence should be reduced or served on home detention. To the extent Defendant
5 has concerns about his time credits calculation, he should raise those concerns with the Bureau of
6 Prisons.

   For these reasons, the Court DENIES Defendant's motion. (ECF No. 282.)

   IT IS SO ORDERED.

**DATED:  January 13, 2023**

Troy L. Nunley
United States District Judge